IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA      :
                                              :
        v.                                    :
                                              :    **Case No. 5:25-CR-14-CAR-CHW**
DAMEON THOMAS,                    :
                                              :
        **Defendant.**                      :
_____ :

### ORDER ON DEFENDANT'S UNOPPOSED MOTION TO CONTINUE

Before the Court is Defendant Dameon Thomas's Unopposed Motion to Continue [Doc. 24] the pretrial conference scheduled for May 13, 2026, and the trial, which is set to begin June 1, 2026, in Macon, Georgia. On April 9, 2025, the Grand Jury returned a one-count indictment charging Defendant with illegal possession of a machinegun. On March 2, 2026, Defendant was arrested in the District of Maine. On March 26, 2026, Defendant was appointed counsel and pled not guilty at his initial appearance in the Middle District of Georgia. On March 31, 2026, Defendant was ordered detained pending trial. This case has not been previously continued, and the government does not oppose this request for a continuance.

Defense counsel represents additional time is needed for the Parties to engage in plea negotiations. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance

1

outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, the Court **GRANTS** Defendant's Unopposed Motion to Continue [Doc. 24], and **HEREBY ORDERS** that this case be continued until August 10, 2026, the undersigned's next regularly-scheduled term of court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

　　　　**SO ORDERED,** this 4th day of May, 2026.

　　　　　　　　　　　　　　　s/ C. Ashley Royal_____
　　　　　　　　　　　　　　　C. ASHLEY ROYAL, SENIOR JUDGE
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

2